UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NDF1, LLC,<br><br>                              Plaintiff,<br><br>            -against-<br><br>KURT BOYSEN, et al.,<br><br>                              Defendants. | 25-CV-1603 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

In light of the fact that Defendants have not answered or otherwise made an appearance in this action, IT IS HEREBY ORDERED that the joint letter and proposed case management plan due June 3, 2025 and the initial pretrial conference scheduled for June 10, 2025 are adjourned *sine die*. IT IS FURTHER ORDERED that Plaintiff shall file a motion for default judgment in accordance with the Court's Individual Rules and Local Rule 55 no later than **June 6, 2025**. Failure to timely file a motion for default judgment may result in dismissal for failure to prosecute.

Dated: May 20, 2025
       New York, New York

                                                            SO ORDERED.

                                                            *Jessica Clarke*
                                                            _____
                                                            JESSICA G. L. CLARKE
                                                            United States District Judge