UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NDF1, LLC,

                Plaintiff,

-against-                    7:25-CV-01603 (JGLC)

BOYSEN et al.,                    **ORDER**

                Defendants.

JESSICA G. L. CLARKE, United States District Judge:

For the reasons stated on the record in the conference held on November 12, 2025, and those in *NDF1, LLC v. Cunningham*, 754 F. Supp. 3d 273 (E.D.N.Y. 2024), the motion for default judgment as to non-appearing defendant Midland Credit is DENIED without prejudice as premature.

Additionally, in light of Defendant Kurt Boysen's appearance and answer in this action, ECF Nos. 41-42, and the parties' stipulation, ECF No. 38, the motion for default judgment as to Defendant Kurt Boysen is DENIED as moot.

The Clerk of Court is directed to terminate ECF No. 29.

Dated: November 12, 2025
       New York, New York

                                SO ORDERED.

                                *Jessica Clarke*

                                JESSICA G. L. CLARKE
                                United States District Judge