UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NDF1, LLC,

                            Plaintiff,

            -against-

KURT BOYSEN, et al.,

                            Defendants.

25-CV-1603 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The parties are ORDERED to submit a joint letter updating the Court on the status of settlement discussions by December 29, 2025. The parties are reminded that they can request referral to the District's Mediation Program or to a Magistrate Judge for alternative dispute resolution.

Dated: December 15, 2025
       New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge