UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NDF1, LLC,

                              Plaintiff,

          -against-

KURT BOYSEN, et al.,

                              Defendants.

25-CV-1603 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Per the Court's Individual Rule 3(d), the deadline for the parties to submit the joint letter following the close of fact discovery elapsed on February 6, 2026. ECF No. 44 ¶ 12. The parties are ORDERED to file this letter no later than February 11, 2026.

Dated:  February 9, 2026
        White Plains, New York

                    SO ORDERED.

                    _____
                    JESSICA G. L. CLARKE
                    United States District Judge